Patrick Di Santo

16008 W. 84th Terrace

Lenexa, KS 66219

info@number9ine.com

(913) 309-3423

4-25-cv-341-RH/MAF

June 9, 2025

**ADA Coordinator**

Massachusetts Department of Transportation (MassDOT)

10 Park Plaza, Suite 4160

Boston, MA 02116

**Subject: Formal ADA Grievance – Refusal to Accommodate Disability & Endangerment of Medical Access Rights**

Dear ADA Coordinator,

I am writing to file a formal grievance under the **Americans with Disabilities Act of 1990 (ADA), 42 U.S.C. § 12101 et seq.**, and **Section 504 of the Rehabilitation Act of 1973, 29 U.S.C. § 794**, against the Massachusetts Department of Transportation (MassDOT) and the Registry of Motor Vehicles (RMV) for their **longstanding refusal to accommodate my documented neurological disability**, specifically a traumatic brain injury (TBI), which has



6

resulted in repeated and compounding violations of my federally protected civil rights.

This grievance arises from a **20-year administrative error** affecting my driver's license status, which I have attempted to correct multiple times. Despite the involvement and documented confirmation of the error by two independent attorneys—**M. Jim Jenkins (Pensacola, FL)** and **Colleen Glenn (Sarasota, FL)**—MassDOT failed to take corrective action in a timely or appropriate manner. I have attached **canceled checks, formal letters, and payment records** to verify the issue has been resolved and paid for—**twice**—with no corresponding remedy.

This failure has placed me, a disabled individual, in **danger by obstructing my access to transportation for essential medical care**, in direct contradiction to the goals and guarantees of the ADA and Section 504. The inaction has caused emotional distress, economic harm, and functional isolation, compounding the barriers already present due to my disability.

**Violations Alleged:**

- Failure to make reasonable modifications in policy or procedure to accommodate a person with a disability (42 U.S.C. § 12132)

- Denial of access to public transportation services and licensing on the basis of disability

- Inaction on previously submitted accommodation requests

- Failure to acknowledge medical documentation and legal correction of record

**Requested Remedy:**

1. Immediate administrative correction of all RMV records and reinstatement of lawful status without further burden

2. Formal written apology from the Department acknowledging the disability-related harm and delay

3. Written ADA accommodation protocol for persons with cognitive or neurological disabilities interfacing with the RMV

4. Full release of any sanctions, holds, or restrictions derived from the 20-year clerical error

8

5. Confirmation that MassDOT will notify all federal and interstate systems of the correction

Please consider this letter an official ADA grievance under the **Department of Justice's Title II regulations**. If I do not receive a formal response within **30 calendar days**, I reserve the right to escalate this matter to the **U.S. Department of Justice Civil Rights Division**, as well as to pursue **federal injunctive relief in the U.S. District Court for the District of Massachusetts.**

Sincerely,

**/s/ Patrick Di Santo**

Patrick Di Santo

**Patrick Di Santo**

16008 W. 84th Terrace

Lenexa, KS 66219

info@number9ine.com

(913) 309-3423

4-25-cv-341-RH/MAF

**June 9, 2025**

**To:**

ADA Coordinator

Florida Department of Highway Safety and Motor Vehicles (FLHSMV)

2900 Apalachee Parkway

Tallahassee, FL 32399

**Subject:** *Formal ADA Grievance – Denial of Reasonable Accommodation, Resulting in Barrier to Transportation Access and Medical Care*

Dear ADA Coordinator,

I am submitting this letter as a formal grievance under the **Americans with Disabilities Act (ADA)**, Title II, and Section 504 of the **Rehabilitation Act of 1973**, to notify your office of ongoing discriminatory treatment and procedural denial of access, which has severely impacted my civil and medical rights as an individual with a documented disability.



11

I am a Florida-connected resident with an established and verified **traumatic brain injury (TBI)** and functional impairments, and I am entitled to accommodations to ensure access to essential transportation services. For over **20 years**, due to clerical errors compounded by systemic inaction, the **Florida Department of Highway Safety and Motor Vehicles (FLHSMV)** has refused to fully and permanently correct erroneous records that have directly impeded my ability to maintain or reinstate my license and travel to critical **medical appointments**.

This error, which has been **twice resolved and paid in full**, was acknowledged by independent legal counsel, including:

- **M. Jim Jenkins, Esq.** of Pensacola, FL

- **Coleen Glen, Esq.** of Sarasota, FL


Despite correction, FLHSMV has reasserted the erroneous record in subsequent years, causing ongoing **mental distress, isolation, and medical hardship**. My documentation—including **cancelled checks, case history, medical evidence, and correspondence**—will be submitted as part of my court filings in the Northern District of Florida.

I hereby demand the following actions in accordance with your responsibilities under **28 C.F.R. § 35.107**:

12

1. Immediate and permanent correction of all inaccurate entries or holds related to my driving record.

2. Written acknowledgment of this grievance and corrective actions to be taken within **15 days** of receipt.

3. Coordination with my current counsel or filing entity in the **Northern District of Florida** regarding resolution.

4. A commitment from your office that future ADA-related concerns from disabled individuals will receive timely and documented attention.

Failure to accommodate has placed me at substantial risk of harm and constitutes **intentional discrimination** under **42 U.S.C. § 12132** and related federal statutes. I reserve all rights to pursue legal redress under the ADA and Rehabilitation Act in **federal court**, and I request this grievance be handled with the urgency it deserves.

Thank you for your attention to this matter.

Sincerely,

**/s/ Patrick Di Santo**

Patrick Di Santo

13
















Hopkinton Court House
18 Main Street
Hopkinton, MA 01748
508-497-9700 x97

Patrick Disanto
DL#253660652490
299 West 12th Street
PHC2
NYC
10014

11/11/2012

I was picking up an automobile I purchased in Hopkinton when I was pulled by State Police for not using my turn signal lever. This was broken along with the tachometer both explained to the officer by myself and the mechanic I was traveling with.

I originally explained this in Hopkinton in June 2009 and sent copies of the notice. I am now resending this information due to the fact this has reappeared attached to my license here. I can be reached at patrickdisanto@yahoo.com or (212) 691 0546.

Thank you Patrick Disanto

16008 W 84TH TERRACE
LENEXA KS. 66219



CLERK OF THE COURT
US DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION
US COURTHOUSE 401 SE FIRST AVE.
32601

